AO 450 (Rev. 5/85) Judgment in a Civil Case

## United States District Court
### District of Vermont

U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY 06/01/2006
DEPUTY CLERK

WAYNE SENVILLE; DONALD HORENSTEIN;
VERMONT PUBLIC INTEREST RESEARCH
GROUP, INC.; FRIENDS OF THE EARTH,
INC.; SIERRA CLUB, INC.; and
CONSERVATION LAW FOUNDATION,

Plaintiffs,

v.

MARY E. PETERS in her official capacity
as Administrator of the Federal Highway
Administration (FHWA), and DAWN TERRILL,
in her official capacity
as Secretary of the Vermont Agency
of Transportation (VTrans),

Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:03-CV-279

___ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Document No. 87) filed February 22, 2005, defendant's Motion to Dismiss FOIA Action for Lack of Jurisdiction (Document No. 70) is GRANTED. JUDGMENT is hereby entered for defendant Mary Peters against plaintiffs Wayne Senville, Donald Horenstein, Vermont Public Interest Research Group, Inc., Friends of the Earth, Inc., Sierra Club, Inc. and Conservation Law Foundation on the FOIA Claims.

Pursuant to the Court's Amended Opinion and Order (Document No. 68) filed May 24, 2004, plaintiff's Motion for Partial Summary Judgment (Document No. 29) is GRANTED. FHWA has violated NEPA, CEQ and FHWA regulations in approving Segments A-B of the CCCH. Defendants are hereby enjoined from construction and/or ground-disturbing work in connection with Segments A-B until such time as defendants have fully complied with the National Environmental Policy Act. JUDGMENT is hereby entered for plaintiffs Wayne Senville, Donald Horenstein, Vermont Public Interest Research Group, Inc., Friends of the Earth, Inc., Sierra Club, Inc. and Conservation Law Foundation against defendants Mary E. Peters and Dawn Terrill on the NEPA Claims.

Date: June 1, 2006

JUDGMENT ENTERED ON DOCKET
DATE: 06/01/2006

RICHARD PAUL WASKO
Clerk

Lisa Wright
(By) Deputy Clerk

AO 72A
(Rev.8/82)